J-S43018-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| JEFFREY AMSLER, KAREN AMSLER, AND KATHRYN CORRIGAN | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | |
| v. | |
| ORCHARD HOUSE PROPERTIES LLC, FRED R. AMSLER JR., FRED R. AMSLER JR. LIVING TRUST, DONNA J. AMER, AND CAMBRIDGE TRAINING PARTNERS L.P. | |
| Appellees | No. 1893 MDA 2015 |

Appeal from the Order September 25, 2015
In the Court of Common Pleas of Sullivan County
Civil Division at No(s): 2013-CV-253

BEFORE:  GANTMAN, P.J., PANELLA, J., and JENKINS, J.

JUDGMENT ORDER BY PANELLA, J.                **FILED JUNE 21, 2016**

Appellants, Jeffrey Amsler, Karen Amsler, and Kathryn Corrigan, appeal from the order entered September 25, 2015, in the court of Common Pleas of Sullivan County. After careful review, we dismiss Appellants' appeal as moot.

Appellants appeal from the September 25, 2015 order granting Appellees' motion for reconsideration of the lower court's May 14, 2015 order overruling Appellees' preliminary objection to compel arbitration. Prior to the instant appeal, Appellees filed a timely appeal from the court's May 14, 2015 order at docket number 1029 MDA 2015. By memorandum opinion filed February 17, 2016, a panel of this Court vacated the trial court's May

14, 2015 order overruling Appellees' preliminary objection to enforce the arbitration agreement and remanded the case for further proceedings. ***See Amsler v. Orchard House Properties LLC***, 1029 MDA 2015 (Pa. Super., filed Feb. 17, 2016) (mem. op.) (Panella, J.). The resolution of those proceedings is still pending in the court below.

As this Court has vacated the trial court's May 14, 2015 order, it necessarily follows that the court's September 25, 2015 order granting Appellees' motion for reconsideration of that order, from which this appeal is taken, is a legal nullity. Accordingly, Appellants' appeal from the September 25, 2015 order is rendered moot.

Appellant's appeal is dismissed as moot.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary


Date: 6/21/2016